Case 1:12-cv-02172-CMA   Document 5   Filed 08/16/12   USDC Colorado   Page 1 of 1

 **GRANTED** It is hereby ORDERED that upon receipt of this order the moving party shall mail or deliver a copy to any pro se party who has entered an appearance in this action.

*Elizabeth Strobel*

**Elizabeth Strobel**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

Weld County District Court
Court Address:   901 9th Ave.
                 Greeley, CO  80631

**EFILED Document – District Court**
**2011CV555**
**CO Weld County District Court 19th JD**
**Filing Date: Aug 12 2011 10:51AM MDT**
**Filing ID: 39254176**

**Plaintiff:** JULIE REICHARD

**Defendant:** WAL-MART STORES, INC.

**COURT USE ONLY**

Case Number: 2011CV555

### ORDER GRANTING EXTENSION OF TIME TO PERFECT SERVICE

THE COURT, having considered Plaintiff's Case Status Report and Request for Extension of Time to Perfect Service hereby grants said Motion.  It is therefore ordered that Plaintiff shall perfect service no later than October 7, 2011, or otherwise provide the Court with an updated Case Status Report.

DATED this _____ day of _____, 20___.

IT IS SO ORDERED:

_____
District Court Judge