**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02172-CMA

JULIE REICHARD,

     Plaintiff,

v.

WAL-MART STORES, INC., a Delaware corporation,

     Defendant.

---

**ORDER REMANDING CASE TO STATE COURT**

---

This matter is before the Court on Plaintiff's Motion To Remand (Doc. # 11) and Defendant's Response (Doc. # 11), supporting Plaintiff's motion to remand this case to state court. For the reasons set forth in Plaintiff's Motion and Defendant's Response, the Court finds sufficient cause to GRANT Plaintiff's Motion (Doc. #11). Accordingly,

IT IS ORDERED that this case be REMANDED to the District Court of Weld County, Colorado, for further proceedings.

DATED: September __21__, 2012

                                                    BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge